IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ELAINE RICHARDSON<br>484 Stone Shadow Drive<br>Blacklick, Ohio 43004<br><br>Plaintiff,<br><br>v.<br><br>THE OHIO STATE UNIVERSITY<br>190 North Oval Mall<br>Columbus, Ohio 43210,<br><br>Defendant. | Case No. 2:17 cv 0470<br><br>Judge Judge Smith<br><br>MAGISTRATE JUDGE JOLSON |

## COMPLAINT

Plaintiff Elaine Richardson ("Plaintiff") alleges the following:

1. Plaintiff is currently employed as a full professor at The Ohio State University ("Defendant") in the College of Education and Human Ecology.

2. Defendant took actions against Plaintiff on the basis of her race, including acts of discrimination and harassment.

3. As a direct and proximate result, Plaintiff has suffered monetary damages.

## CLAIMS FOR RELIEF

### Discrimination under Title VII of the Civil Rights Act of 1964

4. Plaintiff realleges and incorporates by reference the foregoing allegations.

5. Defendant's misconduct constituted discrimination under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq.

{00316701-1}

6. As a direct and proximate result of Defendant's conduct, Plaintiff has suffered damages.

7. This court has jurisdiction of this matter pursuant to 28 U.S.C. § 1331.

<u>Discrimination under Ohio Revised Code § 4112.02</u>

8. Plaintiff realleges and incorporates by reference the foregoing allegations.

9. Defendant's misconduct constituted discrimination under Ohio Revised Code § 4112.02.

10. As a direct and proximate result of Defendant's conduct, Plaintiff has suffered damages.

11. This court has jurisdiction of this matter pursuant to 28 U.S.C. § 1367.

**WHEREFORE,** Plaintiff Elaine Richardson demands damages against the Defendant.

Respectfully submitted,

*Elaine Richardson*
Elaine Richardson (Pro Se)
484 Stone Shadow Drive
Blacklick, Ohio 43004
Tel. (814) 441-3171
Email: ebr2singer@gmail.com

{00316701-1}